UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER BALL,

        Plaintiff,

v.                                       Case No.  8:08-cv-2254-T-24 MAP

CLIPPER DEANS, INC. and
CURTIS HEWITT,

        Defendants.
_____/

## ORDER

       This cause comes before the Court on Defendants' Motion to Set Aside Default.  (Doc.

No. 12).  Plaintiff has not filed a response in opposition, and as such, the Court deems the motion

to be unopposed.  Furthermore, the Court finds that there will be no prejudice to Plaintiff by

going forward with the action on its merits, the period of delay is relatively short, and this Court

prefers to reach the merits of the case as opposed to decide it on a technicality.

       Accordingly, it is ORDERED AND ADJUDGED that the motion is **GRANTED**.  The

Clerk is directed to **VACATE** the entries of default (Doc. No. 8, 9).  Defendants are directed to

file a response to the complaint by March 9, 2009.  The parties are directed to file a joint case

management report by April 10, 2009.

       **DONE AND ORDERED** at Tampa, Florida, this 13th day of February, 2009.

*Susan C. Bucklew*

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record